# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD FLETCHER and JANIS FLETCHER,<br><br>Plaintiffs,<br><br>v.<br><br>ZIMMER BIOMET, INC., et al.,<br><br>Defendants. | Case No.: 1:18-cv-1529 -DAD- JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 5) |

On November 27, 2018, Plaintiffs Donald Fletcher and Janis Fletcher filed a Notice of Voluntary Dismissal, indicating the "above-captioned action is voluntarily dismissed, without prejudice." (Doc. 5 at 1) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants have not appeared in this action or filed an answer, the action was automatically terminated. *Id.*

Accordingly, the Court **ORDERS**: the Clerk of Court **IS DIRECTED** to close this action in light of the Notice of Voluntary Dismissal.

IT IS SO ORDERED.

Dated: **November 28, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE