**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ZIMMER M/L TAPER HIP PROSTHESIS
OR M/L TAPER HIP PROSTHESIS WITH
KINECTIV TECHNOLOGY AND VERSYS
FEMORAL HEAD PRODUCTS LIABILITY LITIGATION

Fletcher, et al. v. Zimmer Biomet Inc. et al.,  )
E.D. California, C.A. No. 1:18-01529            )           MDL No. 2859

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Fletcher)* on November 16, 2018. Prior to expiration of that order's 7-day stay of transmittal, defendants filed a notice of opposition to the proposed transfer. The Panel has now been advised that, pursuant to a notice of voluntary dismissal, that *Fletcher* was dismissed in the Eastern District of California by the Honorable Jennifer L. Thurston in an order filed on November 28, 2018.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-5" filed on November 16, 2018, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY *Shante Jones*
Deputy Clerk